# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

D.E. BLANKENSHIP, JR.,

    *Petitioner*,

vs.

LENARD VARE,

    *Respondent.*

3:08-cv-00641-LRH-VPC

ORDER

    Petitioner's motion (#19) for a stay pending permission to appeal is DENIED. The Court denied petitioner's motion requesting leave to seek permission to pursue an interlocutory appeal. #18. This case shall move forward in the district court as per the deadlines set in #13, at 6, lines 6-7 & 26-28.

    DATED this 16th day of June, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE