AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

DONALD BLANKENSHIP, JR.

      Petitioner,       JUDGMENT IN A CIVIL CASE
  V.

                             CASE NUMBER: **3:08-cv-00641-LRH-VPC**

LENARD VARE, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition (Dkt. 10) is DENIED on the merits and that this action is DISMISSED with prejudice.

  February 22, 2012                              **LANCE S. WILSON**
                                                                Clerk

                                                                /s/ Katie Lynn Ogden
                                                                   Deputy Clerk